1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Marshall C. Whitney, #82952
     *marshall.whitney@mccormickbarstow.com*
3  Kristi D. Marshall, #274625
     *kristi.marshall@mccormickbarstow.com*
4  7647 North Fresno Street
   Fresno, California 93720
5  Telephone:      (559) 433-1300
   Facsimile:      (559) 433-2300
6
   Attorneys for JOHN ROBERTS and TEXAS
7  ENVIRONMENTAL PRODUCTS, INC.

8

9                    UNITED STATES DISTRICT COURT

10          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11

12

13  ARIEL ELIA, individually and as Successor        Case No. 1:16-CV-00557-AWI-EPG
    Trustee to the Alan Elia Declaration of Trust
14  Dated March 18, 2002,                            **STIPULATION TO AMEND
                                                     SCHEDULING CONFERENCE ORDER
15              Plaintiff,                           RE NON-EXPERT DISCOVERY
                                                     CUTOFF; ORDER THEREON**
16         v.
                                                     Trial Date:        October 31, 2017
17  JOHN ROBERTS, an individual; TEXAS
    ENVIRONMENTAL PRODUCTS, INC., a
18  Texas corporation; and TEXAS
    ENVIRONMENTAL PRODUCTS, a
19  partnership, joint venture or other form of
    business organization unknown, and DOES 1
20  through 20, inclusive,

21              Defendant.

22         Plaintiff ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration of

23  Trust Dated March 18, 2002 ("Plaintiff"), by and through her attorney of record herein, Neal E.

24  Costanzo of the law offices of Costanzo & Associates, and Defendants JOHN ROBERTS and TEXAS

25  ENVIRONMENTAL PRODUCTS, INC. ("Defendants"), by and through their attorneys, Marshall C.

26  Whitney and Kristi D. Marshall of the law offices of McCormick, Barstow, Sheppard, Wayte &

27  Carruth, hereby stipulate as follows:

28  / / /

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

                                        1
STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER RE NON-EXPERT DISCOVERY CUTOFF;
                          PROPOSED ORDER THEREON

**R E C I T A L S**

1

2      A.      The Court filed its Scheduling Conference Order on July 1, 2016 (Document 11) (the

3   "Order").  The Order set the Non-Expert Discovery Cutoff as March 31, 2017.

4      B.      Plaintiff and Defendants mediated this case on January 12, 2017, before Donald

5   Fischbach.  The parties did not reach a settlement of this case.

6      C.      Counsel for Plaintiff and Defendants previously agreed to forego many of the

7   depositions that would be necessary for trial in hopes of making this matter as economical for the

8   parties believing that that mediation could be successful..

9      D.      Now that the parties are moving towards trial scheduled for October 31, 2017, several

10   more depositions are needed to prepare for trial.  Scheduling the depositions with the witnesses, many

11   of whom live out of state, and with counsel will be difficult with a Non-Expert Discovery Cutoff of

12   March 31, 2017.

13      E.      The parties believe that good cause exists to extend the Non-Expert Discovery Cutoff

14   to May 26, 2017, which will allow them sufficient time to complete all depositions.

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER RE NON-EXPERT DISCOVERY CUTOFF;
PROPOSED ORDER THEREON

1                               **<u>STIPULATION</u>**

2           NOW, THEREFORE, IT IS HEREBY STIPULATED as follows:

3              1.      The Non-Expert Discovery Cutoff in the Order shall be extended from

4 March 31, 2017, to May 26, 2017.

5              2.      All other deadlines set forth in the Order shall remain in full force and effect.

6

7 Dated: January ___, 2017                  COASTANZO & ASSOCIATES

8                                       By:_____

9                                        Neal E. Costanzo
                                Attorney for Plaintniff ARIEL ELIA

10

11 Dated: January ___, 2017                McCORMICK, BARSTOW, SHEPPARD,
                              WAYTE & CARRUTH LLP

12                                       By:_____

13                                       Marshall C. Whitney
                                  Kristi D. Marshall

14                          Attorneys for Defendants JOHN ROBERTS and
                       TEXAS ENVIRONMENTAL PRODUCTS, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER RE NON-EXPERT DISCOVERY CUTOFF;
PROPOSED ORDER THEREON

1

## __ORDER__

2        For the reasons provided in the stipulation, good cause appears to extend the Non-Expert

3  Discovery Cutoff from March 31, 2017, to May 26, 2017.   All other deadlines and hearings set forth

4  in the Scheduling Order shall remain in full force and effect.

5

6  IT IS SO ORDERED.

7

   Dated:   __January 27, 2017__           /s/ _Erica P. Grosjean_

8                                   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

4

STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER RE NON-EXPERT DISCOVERY CUTOFF;
PROPOSED ORDER THEREON