1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Marshall C. Whitney, #82952
     *marshall.whitney@mccormickbarstow.com*
3  Kristi D. Marshall, #274625
     *kristi.marshall@mccormickbarstow.com*
4  7647 North Fresno Street
   Fresno, California 93720
5  Telephone:     (559) 433-1300
   Facsimile:     (559) 433-2300
6
   Attorneys for JOHN ROBERTS and TEXAS
7  ENVIRONMENTAL PRODUCTS, INC.

8

9                      UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11

12
   ARIEL ELIA, individually and as Successor          Case No. 1:16-CV-00557-AWI-EPG
13 Trustee to the Alan Elia Declaration of Trust
   Dated March 18, 2002,                              **STIPULATION TO AMEND
14                                                     SCHEDULING CONFERENCE ORDER
                  Plaintiff,                           RE EXPERT DISCLOSURES; ORDER
15                                                     THEREON**
          v.
16                                                     Trial Date:        October 31, 2017
   JOHN ROBERTS, an individual; TEXAS
17 ENVIRONMENTAL PRODUCTS, INC., a
   Texas corporation; and TEXAS
18 ENVIRONMENTAL PRODUCTS, a
   partnership, joint venture or other form of
19 business organization unknown, and DOES 1
   through 20, inclusive,
20
                  Defendant.
21

22        Plaintiff ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration of

23 Trust Dated March 18, 2002 ("Plaintiff"), by and through her attorney of record herein, Neal E.

24 Costanzo of the law offices of Costanzo & Associates, and Defendants JOHN ROBERTS and TEXAS

25 ENVIRONMENTAL PRODUCTS, INC. ("Defendants"), by and through their attorneys, Marshall C.

26 Whitney and Kristi D. Marshall of the law offices of McCormick, Barstow, Sheppard, Wayte &

27 Carruth, hereby stipulate as follows:

28 / / /

STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER RE EXPERT DISCLOSURES;
PROPOSED ORDER THEREON

**R E C I T A L S**

2      A.      The Court filed its Scheduling Conference Order on July 1, 2016 (Document 11) (the

3  "Order"). The Order set the Non-Expert Discovery Cutoff as March 31, 2017.

4      B.      Plaintiff and Defendants mediated this case on January 12, 2017, before Donald

5  Fischbach. The parties did not reach a settlement of this case.

6      C.      Attorneys for Plaintiff and Defendants have agreed that additional time is needed for

7  the parties' respective experts to prepare reports for the initial expert disclosure pursuant to the Order

8  (April 14, 2017).

9      D.      The parties believe that good cause exists to extend the initial Expert Disclosure two

10  weeks to April 28, 2017, and the Rebuttal Expert Disclosures two weeks to May 12, 2017.

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2

STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER RE EXPERT DISCLOSURES;
ORDER THEREON

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED as follows:

     1.    The initial Expert Disclosure in the Order shall be extended from April 14, 2017, to April 28, 2017.

     2.    The Rebuttal Expert Disclosure in the Order shall be extended from April 28, 2017, to May 12, 2017.

     3.    All other deadlines set forth in the Order, and the subsequent Stipulation to Amend Scheduling Conference Order re Non-Expert Discovery Cutoff and Order Thereon (Document 18), shall remain in full force and effect.

Dated: April ___, 2017                   COASTANZO & ASSOCIATES

By: _____
                 Neal E. Costanzo
           Attorney for Plaintniff ARIEL ELIA

Dated: April ___, 2017             McCORMICK, BARSTOW, SHEPPARD,
                       WAYTE & CARRUTH LLP

By: _____
                 Marshall C. Whitney
               Kristi D. Marshall
    Attorneys for Defendants JOHN ROBERTS and
    TEXAS ENVIRONMENTAL PRODUCTS, INC.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER RE EXPERT DISCLOSURES;
ORDER THEREON

## <u>ORDER</u>

Based on the above stipulation, and good cause appearing therein, the Court amends the schedule in this case. The initial expert disclosure deadline is extended to **April 28, 2017**. The rebuttal expert disclosure deadline is extended to **May 12, 2017**. All other dates and deadlines remain as previously set.

IT IS SO ORDERED.

Dated:    **April 12, 2017**          /s/ *Erica P. Grosjean*

                                       UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER RE EXPERT DISCLOSURES; ORDER THEREON