McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Marshall C. Whitney, #82952
  *marshall.whitney@mccormickbarstow.com*
Kristi D. Marshall, #274625
  *kristi.marshall@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for JOHN ROBERTS and TEXAS ENVIRONMENTAL PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration of Trust Dated March 18, 2002,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ROBERTS, an individual; TEXAS ENVIRONMENTAL PRODUCTS, INC., a Texas corporation; and TEXAS ENVIRONMENTAL PRODUCTS, a partnership, joint venture or other form of business organization unknown, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 1:16-CV-00557-AWI-EPG<br><br>**STIPULATION TO AMEND (1) SCHEDULING CONFERENCE ORDER AND (2) ORDER TO AMEND SCHEDULING CONFERENCE ORDER RE EXPERT DISCOVERY AND DISCLOSURES; ORDER THEREON**<br><br>Trial Date:          October 31, 2017 |

Plaintiff ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration of Trust Dated March 18, 2002 ("Plaintiff"), by and through her attorney of record herein, Neal E. Costanzo of the law offices of Costanzo & Associates, and Defendants JOHN ROBERTS and TEXAS ENVIRONMENTAL PRODUCTS, INC. ("Defendants"), by and through their attorneys, Marshall C. Whitney and Kristi D. Marshall of the law offices of McCormick, Barstow, Sheppard, Wayte & Carruth, hereby stipulate as follows:

/ / /

1

STIPULATION TO AMEND (1) SCHEDULING CONFERENCE ORDER AND (2) ORDER TO AMEND SCHEDULING CONFERENCE ORDER RE EXPERT DISCOVERY AND DISCLOSURES; [PROPOSED] ORDER THEREON

# **R E C I T A L S**

A. The Court filed its Scheduling Conference Order on July 1, 2016 (Document 11) (the "Initial Order").

B. Plaintiff and Defendants mediated this case on January 12, 2017, before Donald Fischbach. The parties did not reach a settlement of this case.

C. The parties previously requested and received from the Court an extension to the deadlines for expert disclosure as evidenced by the Order to Amend Scheduling Order re Expert Disclosures filed April 13, 2017 ("Order to Amend re Experts") (Document 20). Currently, the initial Expert Disclosure is April 28, 2017, and the Rebuttal Expert Disclosure is May 12, 2017. Pursuant to the Initial Order, the Expert Discovery Cutoff is May 26, 2017.

D. The parties have taken additional depositions on April 19 and 21, 2017, bringing the total number of depositions taken to date at eight. In addition, the parties anticipate there are three to four more non-expert depositions that need to be taken. The Nonexpert Discovery Cutoff is May 26, 2017, per the Court's signed order of January 27, 2017 (Document 18).

E. Attorneys for Plaintiff and Defendants have agreed that additional time is needed for the parties' respective experts to prepare reports for the initial expert disclosure pursuant to the Order to Amend re Experts, particularly in light of the continued Nonexpert Discovery Cutoff of May 26, 2017.

F. The parties believe that good cause exists to extend the above-referenced expert deadlines. This will allow additional time for the parties' respective experts to review and analyze all of relevant documents in the case, review the deposition transcripts, provide thorough and meaningful reports, and thereafter be deposed. Therefore, it is stipulated as follows:

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED as follows:

1. The initial Expert Disclosure in the Order to Amend re Experts shall be extended from April 28, 2017, to June 9, 2017.

2. The Rebuttal Expert Disclosure in the Order to Amend re Experts shall be extended from May 12, 2017, to June 23, 2017.

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2
STIPULATION TO AMEND (1) SCHEDULING CONFERENCE ORDER AND (2) ORDER TO AMEND SCHEDULING CONFERENCE ORDER RE EXPERT DISCOVERY AND DISCLOSURES; ORDER THEREON

3. The Expert Discovery Cutoff in the Initial Order shall be extended from May 26, 2017, to July 21, 2017.

4. All other deadlines set forth in the Order and the Stipulation to Amend Scheduling Conference Order re Non-Expert Discovery Cutoff and Order Thereon (Document 18), shall remain in full force and effect.

Dated: April 24, 2017     COASTANZO & ASSOCIATES

By: */s/Neal E. Costanzo*
Neal E. Costanzo
Attorney for Plaintniff ARIEL ELIA

Dated: April 24, 2017     McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Marshall C. Whitney*
Marshall C. Whitney
Kristi D. Marshall
Attorneys for Defendants JOHN ROBERTS and TEXAS ENVIRONMENTAL PRODUCTS, INC.

## **ORDER**

Based on the above stipulation, and good cause appearing therein, the Court amends the schedule in this case. The initial expert disclosure deadline is extended to **June 9, 2017**. The rebuttal expert disclosure deadline is extended to **June 23, 2017**. The expert discovery cutoff date is extended to **July 21, 2017**. All other dates and deadlines remain as previously set.

IT IS SO ORDERED.

Dated: **April 25, 2017**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3
STIPULATION TO AMEND (1) SCHEDULING CONFERENCE ORDER AND (2) ORDER TO AMEND SCHEDULING CONFERENCE ORDER RE EXPERT DISCOVERY AND DISCLOSURES; ORDER THEREON