McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Marshall C. Whitney, #82952
 *marshall.whitney@mccormickbarstow.com*
Kristi D. Marshall, #274625
 *kristi.marshall@mccormickbarstow.com*
Kelley B. Lowe, #299366
 *kelley.lowe@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for JOHN ROBERTS and TEXAS
ENVIRONMENTAL PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration of Trust Dated March 18, 2002,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ROBERTS, an individual; TEXAS ENVIRONMENTAL PRODUCTS, INC., a Texas corporation; and TEXAS ENVIRONMENTAL PRODUCTS, a partnership, joint venture or other form of business organization unknown, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 1:16-CV-00557-AWI-EPG<br><br>**STIPULATION TO AMEND (1) SCHEDULING CONFERENCE ORDER AND (2) ORDER TO AMEND SCHEDULING CONFERENCE ORDER RE EXPERT DISCOVERY AND DISCLOSURES; ORDER THEREON**<br><br>Trial Date:     October 31, 2017 |

Plaintiff ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration of Trust Dated March 18, 2002 ("Plaintiff"), by and through her attorney of record herein, Neal E. Costanzo of the law offices of Costanzo & Associates, and Defendants JOHN ROBERTS and TEXAS ENVIRONMENTAL PRODUCTS, INC. ("Defendants"), by and through their attorneys, Marshall C. Whitney and Kristi D. Marshall of the law offices of McCormick, Barstow, Sheppard, Wayte & Carruth, hereby stipulate as follows:

# **R E C I T A L S**

A. The Court filed its Scheduling Conference Order on July 1, 2016 (Document 11) (the "Initial Order").

B. Plaintiff and Defendants mediated this case on January 12, 2017, before Donald Fischbach. The parties did not reach a settlement of this case.

C. The parties previously requested and received from the Court an extension to the deadlines for expert disclosure as evidenced by the Order to Amend Scheduling Order re Expert Disclosures filed April 13, 2017 ("Order to Amend re Experts") (Document 20). Currently, the initial Expert Disclosure is June 9, 2017, and the Rebuttal Expert Disclosure is June 23, 2017.

D. The parties have taken additional depositions on April 19 and 21, 2017, bringing the total number of depositions taken to date at eight. The Nonexpert Discovery Cutoff was May 26, 2017, per the Court's signed order of January 27, 2017 (Document 18).

E. Attorneys for Plaintiff and Defendants have agreed that additional time is needed for the parties' respective experts to prepare reports for the initial expert disclosure pursuant to the Order to Amend re Experts, particularly in light of the continued Nonexpert Discovery Cutoff of May 26, 2017.

F. The Expert Discovery Cutoff in the Initial Order was previously extended from May 26, 2017 to July 21, 2017 (Document 20).

G. The parties believe that good cause exists to extend the above-referenced expert deadlines. This will allow additional time for the parties' respective experts to review and analyze all of relevant documents in the case, review the deposition transcripts, provide thorough and meaningful reports, and thereafter be deposed. Therefore, it is stipulated as follows:

## **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED as follows:

1. The Initial Expert Disclosure in the Order to Amend re Experts shall be extended from June 9, 2017 to June 30, 2017.

2. The Rebuttal Expert Disclosure in the Order to Amend re Experts shall be extended from June 23, 2017 to July 14, 2017.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3. The Expert Discovery Cutoff shall be extended from July 21, 2017 to August 11, 2017, consistent with new expert disclosure dates.

4. All other deadlines set forth in the Order and the Stipulation to Amend Scheduling Conference Order re Non-Expert Discovery Cutoff and Order Thereon (Document 18), shall remain in full force and effect.

Dated: June ___, 2017                                COASTANZO & ASSOCIATES

                                        By: ____*/s/Neal E. Costanzo*____
                                                Neal E. Costanzo
                                        Attorney for Plaintniff ARIEL ELIA

Dated: June ___, 2017                                McCORMICK, BARSTOW, SHEPPARD,
                                                     WAYTE & CARRUTH LLP

                                        By: ____*/s/ Kelley B. Lowe*____
                                                Marshall C. Whitney
                                                Kristi D. Marshall
                                                Kelley B. Lowe
                                        Attorneys for Defendants JOHN ROBERTS and
                                        TEXAS ENVIRONMENTAL PRODUCTS, INC.

**ORDER**

For the reasons provided in the parties' stipulation, IT IS HEREBY ORDERED that:

1. The Initial Expert Disclosure in the Order to Amend re Experts shall be extended from June 9, 2017 to June 30, 2017.

2. The Rebuttal Expert Disclosure in the Order to Amend re Experts shall be extended from June 23, 2017 to July 14, 2017.

3. The Expert Discovery Cutoff shall be extended from July 21, 2017 to August 11, 2017, consistent with new expert disclosure dates.

4. All other deadlines set forth in the Order and the Stipulation to Amend Scheduling Conference Order re Non-Expert Discovery Cutoff and Order Thereon (Document 18), shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 8, 2017**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE