1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Marshall C. Whitney, #82952
     *marshall.whitney@mccormickbarstow.com*
3  Kristi D. Marshall, #274625
     *kristi.marshall@mccormickbarstow.com*
4  7647 North Fresno Street
   Fresno, California 93720
5  Telephone:     (559) 433-1300
   Facsimile:     (559) 433-2300
6
7  Attorneys for JOHN ROBERTS and TEXAS
   ENVIRONMENTAL PRODUCTS, INC.
8
9
                 UNITED STATES DISTRICT COURT
10
           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
11
12
13 | ARIEL ELIA, individually and as Successor      Case No. 1:16-CV-00557-AWI-EPG
   | Trustee to the Alan Elia Declaration of Trust
   | Dated March 18, 2002,                          **DEFENDANTS JOHN ROBERTS AND**
14 |                                                 **TEXAS ENVIRONMENTAL PRODUCTS,**
   |                Plaintiff,                       **INC.'S NOTICE OF LODGMENT OF**
15 |                                                 **DISCOVERY RESPONSES TO BE USED**
   |        v.                                       **AT TRIAL**
16 |
17 | JOHN ROBERTS, an individual; TEXAS
   | ENVIRONMENTAL PRODUCTS, INC., a
   | Texas corporation; and TEXAS
18 | ENVIRONMENTAL PRODUCTS, a                       Trial Date:       October 31, 2017
   | partnership, joint venture or other form of
19 | business organization unknown, and DOES 1
   | through 20, inclusive,
20 |
   |                Defendant.
21

22        Pursuant to Section IX of the Court's Pretrial Order filed on September 18, 2017, Defendants

23 JOHN ROBERTS and TEXAS ENVIRONMENTAL PRODUCTS, INC. hereby lodge the following

24 discovery responses to be used at the trial of this matter:

25        1.      Plaintiff Ariel Elia's Response to Defendants' Request for Production of Documents,

26 Set No. One;

27        2.      Plaintiff Ariel Elia's Response to Defendants' Interrogatories, Set No. One;

28        3.      Plaintiff Ariel Elia's Response to Defendants' Interrogatories, Set No. Two;

DEFENDANTS JOHN ROBERTS AND TEXAS ENVIRONMENTAL PRODUCTS, INC.'S NOTICE OF
LODGMENT OF DISCOVERY RESPONSES TO BE USED AT TRIAL

1    4.    Plaintiff Ariel Elia's Response to Defendants' Request for Production of Documents,

2  Set No. Two;

3    5.    Plaintiff Ariel Elia's Response to Defendants' Interrogatories, Set No. Three.

4  Dated: October 26, 2017                McCORMICK, BARSTOW, SHEPPARD,
                                          WAYTE & CARRUTH LLP

5

6

7                                    By:_____/s/ Marshall C. Whitney_____
                                              Marshall C. Whitney
8                                             Kristi D. Marshall
                                     Attorneys for JOHN ROBERTS and TEXAS
9                                    ENVIRONMENTAL PRODUCTS, INC.

10  75030-00000 4768676.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DEFENDANTS JOHN ROBERTS AND TEXAS ENVIRONMENTAL PRODUCTS, INC.'S NOTICE OF
LODGMENT OF DISCOVERY RESPONSES TO BE USED AT TRIAL

1  Neal E. Costanzo   SBN 122352
   Michael G. Slater   SBN 247302
2  Costanzo & Associates, PC
   575 E. Locust Ave., Ste. 115
3  Fresno, California 93720
   Telephone:    (559) 261-0163
4  Facsimile:    (559) 261-0706

5  Attorneys for ARIEL ELIA

6

7                    UNITED STATES DISTRICT COURT

8           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9

10  ARIEL ELIA, individually and as Successor    Case No. 1:16-CV-00557-AWI-EPG
11  Trustee to the Alan Elia Declaration of Trust
    Dated March 18, 2002,

12              Plaintiff,                        RESPONSE TO REQUEST FOR
13                                                PRODUCTION OF DOCUMENTS TO
        v.                                        PLAINTIFF, SET ONE
14
15  JOHN ROBERTS, an individual; TEXAS
    ENVIRONMENTAL PRODUCTS, INC., a
16  Texas corporation; and TEXAS
    ENVIRONMENTAL PRODUCTS, a
17  partnership, joint venture or other form of
    business organization unknown, and DOES 1    Trial Date:      August 31, 2017
18  through 20, inclusive,

19              Defendant.

20  PROPOUNDING PARTY:        DEFENDANTS JOHN ROBERTS AND TEXAS

21                            ENVIRONMENTAL PRODUCTS, INC.

22  RESPONDING PARTY:         PLAINTIFF ARIEL ELIA

23  SET NO.:                  ONE

24                    **PRELIMINARY STATEMENT**

25        Plaintiff, ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration

26  of Trust Dated March 18, 2002, has not yet completed discovery in this action, preparation for trial

27  or investigation of the facts relating to the case.  Consequently, each of the responses contained

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

{00014761.DOCX;1}                    1
RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF, SET ONE

1  herein are based on such information and documents as are presently available and specifically

2  known to Plaintiff and disclose only those contentions which presently occur to Plaintiff. It is

3  anticipated that further discovery, independent investigation, legal research and analysis will

4  supply additional facts, add meaning to the known facts, and perhaps establish entirely new factual

5  conclusions and legal contentions, all of which would lead to substantial additions, changes in and

6  variations from the answers contained herein.

7

8      The following responses, therefore, are given without prejudice to Plaintiff's right to

9  produce evidence of any subsequently discovered fact or document which Plaintiff may later

10  discover, recall or locate. Plaintiff accordingly reserves its right to amend any and all of the

11  answers herein as additional facts are ascertained, analysis made, legal research is completed, and

12  contentions are formulated.

### RESPONSES TO REQUESTS FOR PRODUCTION

14  **REQUEST FOR PRODUCTION NO. 1:**

15      All DOCUMENTS which support YOUR contention that Alan Elia and ROBERTS were

16  engaged in a partnership business as alleged in paragraph 3 of the COMPLAINT.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

18      All such document that Plaintiff is personally aware of, were provided with the initial

19  disclosure served on Roberts' Attorney. Discovery has just commenced and further discovery may

20  lead to alteration or additions to this response.

21  **REQUEST FOR PRODUCTION NO. 2:**

22      All DOCUMENTS which support YOUR contention that Alan Elia and ROBERTS operated a

23  business together as alleged in paragraph 6 of the COMPLAINT.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

25      See the Response to Request for Production No. 1 incorporated by reference.

26  **REQUEST FOR PRODUCTION NO. 3:**

27      All DOCUMENTS that REFLECT COMMUNICATIONS with or from Alan Elia

28  RELATING TO his business relationship with ROBERTS or TEXAS ENVIRONMENTAL.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET

{00014761.DOCX;1}                        2

DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF, SET ONE

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

2         See the Response to Request for Production No. 1 incorporated by reference.

3    **REQUEST FOR PRODUCTION NO. 4:**

4         All DOCUMENTS that REFLECT any damages YOU seek in this action.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

6         See the Response to Request for Production No. 1 incorporated by reference.

7    **REQUEST FOR PRODUCTION NO. 5:**

8         All DOCUMENTS that REFLECT COMMUNICATIONS with Charles Mosesian

9    RELATING TO TEXAS ENVIRONMENTAL.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

11        The Request is objected to because it makes no sense.  The request seeks documents that

12   reflect communications with Charles Mosesian, but it does not indicate who such communications

13   were with.  Assuming the reference is to communication between Charles Mosesian and Ariel Elia,

14   Charles Mosesian has relayed to Ariel Elia the fact that Roberts and Elia operated the business

15   involving manufacture and/or sale of fertilizer products as a partnership or joint venture and shared the

16   profits of that business; that in the two months prior to his death, Alan Elia told Charles Mosesian that

17   he had sold 60 loads of fertilizer products during the previous two months (January and February);

18   and, has relayed to Ariel Elia that Alan Elia and John Roberts would have functions or parties for their

19   clients or customers, which were conducted at Charles Mosesian's residence, and that each of them

20   consistently represented to all of their customers at these parties or functions as well as in joint and

21   separate meetings, that the two were engaged in a joint venture or partnership with respect to the

22   manufacture and sale of fertilizer products, and that they intended and were engaged in attempts to sell

23   that business just prior to Alan Elia's death.  There are no documents that reflect any of these

24   communications with Charles Mosesian.

25   **REQUEST FOR PRODUCTION NO. 6:**

26        All DOCUMENTS that REFLECT COMMUNICATIONS with Charles Mosesian

27   RELATING TO ROBERTS.

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

{00014761.DOCX;1}                          3

DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF, SET ONE

1 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

2 | See the Response to Request for Production No. 5 incorporated by reference.

3 | //

4 | Dated:  September 15, 2016

COSTANZO & ASSOCIATES PC

By: _____
Neal E. Costanzo
Attorneys for ARIEL ELIA

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET

{00014761.DOCX;1}                                        4
DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF, SET ONE

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

3

 At the time of service, I was over 18 years of age and **not a party to this action**. I am
4   employed in the County of Fresno, State of California. My business address is 575 E. Locust Avenue,
Suite 115, Fresno, CA 93720.

5

 On September 15, 2016, I served true copies of the following document(s) described as
6   **RESPONSES TO INTERROGATORIES TO PLAINTIFF, SET ONE** on the interested parties in
this action as follows:

7

8   Kristi D. Marshall
 McCormick, Barstow, Sheppard,
9   Wayte & Carruth LLP
 7647 North Fresno Street
10   Fresno, CA 93720

11   **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the
persons at the addresses listed in the Service List and placed the envelope for collection and mailing,
12   following our ordinary business practices. I am readily familiar with this business's practice for
collecting and processing correspondence for mailing. On the same day that the correspondence is
13   placed for collection and mailing, it is deposited in the ordinary course of business with the United
14   States Postal Service, in a sealed envelope with postage fully prepaid.

15   I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct and that I am employed in the office of a member of the bar of this Court
16   at whose direction the service was made.

17   Executed on September 15, 2016, at Fresno, California.

18

19

20   _Julia Sellers_
 Julia Sellers

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET

{00014761.DOCX;1}

DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF, SET ONE

Neal E. Costanzo   SBN 122352
Michael G. Slater   SBN 247302
Costanzo & Associates, PC
575 E. Locust Ave., Ste. 115
Fresno, California 93720
Telephone:      (559) 261-0163
Facsimile:      (559) 261-0706

Attorneys for ARIEL ELIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration of Trust Dated March 18, 2002,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ROBERTS, an individual; TEXAS ENVIRONMENTAL PRODUCTS, INC., a Texas corporation; and TEXAS ENVIRONMENTAL PRODUCTS, a partnership, joint venture or other form of business organization unknown, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 1:16-CV-00557-AWI-EPG<br><br>**RESPONSES TO DEFENDANTS' INTERROGATORIES TO PLAINTIFF, SET ONE**<br><br>Trial Date:      August 31, 2017 |

**PROPOUNDING PARTY:      DEFENDANTS JOHN ROBERTS AND TEXAS**

**ENVIRONMENTAL PRODUCTS, INC.**

**RESPONDING PARTY:      PLAINTIFF ARIEL ELIA**

**SET NO.:                      ONE**

**PRELIMINARY STATEMENT**

Plaintiff, ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration

of Trust Dated March 18, 2002, has not yet completed discovery in this action, preparation for trial

or investigation of the facts relating to the case.  Consequently, each of the responses contained

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

{00014759.DOCX;1}                          1

DEFENDANTS' INTERROGATORIES TO PLAINTIFF, SET ONE

1  herein are based on such information and documents as are presently available and specifically

2  known to Plaintiff and disclose only those contentions which presently occur to Plaintiff. It is

3  anticipated that further discovery, independent investigation, legal research and analysis will

4  supply additional facts, add meaning to the known facts, and perhaps establish entirely new factual

5  conclusions and legal contentions, all of which would lead to substantial additions, changes in and

6

7  variations from the answers contained herein.

8         The following responses, therefore, are given without prejudice to Plaintiff's right to

9  produce evidence of any subsequently discovered fact or document which Plaintiff may later

10  discover, recall or locate. Plaintiff accordingly reserves its right to amend any and all of the

11  answers herein as additional facts are ascertained, analysis made, legal research is completed, and

12  contentions are formulated.

13                        **ANSWERS TO INTERROGATORIES**

14  **INTERROGATORY NO. 1:**

15         Please set forth all facts supporting or RELATING TO YOUR contention that Alan Elia and

16  ROBERTS were engaged in a partnership business as alleged in paragraph 3 of the COMPLAINT.

17  **RESPONSE TO INTERROGATORY NO. 1:**

18         Plaintiff is Alan Elia's daughter was never involved in or made aware of facts bearing on the

19  nature of the business relationship between Alan Elia and Roberts, other than conversations with Alan

20  Elia in which Alan Elia specifically advised her that the manufacture and sale of fertilizer products

21  under the name Texas Environmental Products or Texas Environmental Products, Inc. was a business

22  that Alan Elia operated jointly with John Roberts and that the two shared profits from operation of that

23  business and were jointly involved in attempts to sell that business prior to Alan Elia's death. The

24  remaining facts supporting the contention that Alan Elia and Roberts were engaged in a partnership

25  business as alleged in paragraph 3 of the Complaint is based upon those communications, in addition

26  to communications to Ariel Elia or to Britz Elia by Alan Elia's wife, Belinda Elia, Alan Elia's close

27  personal friend, Charles Mosesian, both of whom have stated the fertilizer manufacture and sale

28  business operated by Elia and Roberts was operated as a partnership or joint venture and that the two

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

{00014759.DOCX;1}                    2
RESPONSES TO DEFENDANTS' INTERROGATORIES SET ONE

1  shared profits from the operation of that business and jointly attempted to sell the business shortly
2  prior to Alan Elia's death.  Plaintiff believes based on these communications that Roberts and Elia
3  each held themselves out as being partners engaged in a partnership business or joint venture.  Other
4  facts exist, but are not in the personal knowledge of Plaintiff, Ariel Elia.  Discovery is continuing.

5  **INTERROGATORY NO. 2:**

6  Please IDENTIFY all PERSONS who support YOUR contention that Alan Elia and
7  ROBERTS were engaged in a partnership business as alleged in paragraph 3 of the COMPLAINT.

8  **RESPONSE TO INTERROGATORY NO. 2:**

9  The persons Plaintiff is aware of are those identified in the initial disclosure previously provided to
10  Roberts and his attorney.  Discovery is continuing and may lead to additions and modifications or
11  alterations to this response.

12  **INTERROGATORY NO. 3:**

13  Please IDENTIFY all DOCUMENTS which support YOUR contention that Alan Elia and
14  ROBERTS were engaged in a partnership business as alleged in paragraph 3 of the COMPLAINT.

15  **RESPONSE TO INTERROGATORY NO. 3:**

16  All such documents, to the extent known to or in the possession of Plaintiff, are identified in
17  the initial disclosure previously served on Roberts' Attorney.

18  **INTERROGATORY NO. 4:**

19  Please set forth all facts supporting or RELATING TO YOUR contention that Alan Elia and
20  ROBERTS operated a business together as alleged in paragraph 6 of the COMPLAINT.

21  **RESPONSE TO INTERROGATORY NO. 4:**

22  See the Response to Interrogatory No. 1 incorporated by reference.

23  **INTERROGATORY NO. 5:**

24  Please IDENTIFY all PERSONS who support YOUR contention that Alan Elia and
25  ROBERTS operated a business together as alleged in paragraph 6 of the COMPLAINT.

26  **RESPONSE TO INTERROGATORY NO. 5:**

27  See the Response to Interrogatory No. 2, incorporated by reference.

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

{00014759.DOCX;1}                           3

**INTERROGATORY NO. 6:**

Please IDENTIFY all DOCUMENTS which support YOUR contention that Alan Elia and ROBERTS operated a business together as alleged in paragraph 6 of the COMPLAINT.

**RESPONSE TO INTERROGATORY NO. 6:**

See the Response to Interrogatory No. 3 incorporated by reference.

Dated:  September 15, 2016                                  COSTANZO & ASSOCIATES, PC

                                                           By:
                                                           ──────────────────────────
                                                                Neal E. Costanzo
                                                              Attorneys for ARIEL ELIA

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET

{00014759.DOCX;1}                          4
RESPONSES TO DEFENDANTS' INTERROGATORIES SET ONE

1

## PROOF OF SERVICE

2 **STATE OF CALIFORNIA, COUNTY OF FRESNO**

3       At the time of service, I was over 18 years of age and **not a party to this action**. I am
4 employed in the County of Fresno, State of California. My business address is 575 E. Locust Avenue, Suite 115, Fresno, CA 93720.

5
        On September 15, 2016, I served true copies of the following document(s) described as
6 **RESPONSES TO INTERROGATORIES TO PLAINTIFF, SET ONE** on the interested parties in
7 this action as follows:

8       Kristi D. Marshall
        McCormick, Barstow, Sheppard,
9       Wayte & Carruth LLP
        7647 North Fresno Street
10      Fresno, CA 93720

11      **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the
persons at the addresses listed in the Service List and placed the envelope for collection and mailing,
12 following our ordinary business practices. I am readily familiar with this business's practice for
collecting and processing correspondence for mailing. On the same day that the correspondence is
13 placed for collection and mailing, it is deposited in the ordinary course of business with the United
14 States Postal Service, in a sealed envelope with postage fully prepaid.

15      I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct and that I am employed in the office of a member of the bar of this Court
16 at whose direction the service was made.

17      Executed on September 15, 2016, at Fresno, California.

18

19

20      Julia Sellers

21

22

23

24

25

26

27

28

{00014759.DOCX;1}

DEFENDANTS' INTERROGATORIES TO PLAINTIFF, SET ONE

## VERIFICATION

I have read the foregoing Responses to Interrogatories [Set One] and the matters stated therein are true and correct of my own knowledge, except as to those matters stated on information and belief and as to those matters I believe it to be true.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Date: August ___ 2017

Arlele Ellis

Neal E. Costanzo   SBN 122352
Michael G. Slater   SBN 247302
Costanzo & Associates, PC
575 E. Locust Ave., Ste. 115
Fresno, California 93720
Telephone:     (559) 261-0163
Facsimile:     (559) 261-0706

Attorneys for ARIEL ELIA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration of Trust Dated March 18, 2002,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ROBERTS, an individual; TEXAS ENVIRONMENTAL PRODUCTS, INC., a Texas corporation; and TEXAS ENVIRONMENTAL PRODUCTS, a partnership, joint venture or other form of business organization unknown, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 1:16-CV-00557-AWI-EPG<br><br>**RESPONSES TO DEFENDANTS' INTERROGATORIES TO PLAINTIFF, SET TWO**<br><br>Trial Date:          August 31, 2017 |

**PROPOUNDING PARTY:**      **DEFENDANTS JOHN ROBERTS AND TEXAS ENVIRONMENTAL PRODUCTS, INC.**

**RESPONDING PARTY:**      **PLAINTIFF ARIEL ELIA**

**SET NO.:**      **TWO**

## PRELIMINARY STATEMENT

Plaintiff, ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration of Trust Dated March 18, 2002, has not yet completed discovery in this action, preparation for trial or investigation of the facts relating to the case. Consequently, each of the responses contained

1

herein are based on such information and documents as are presently available and specifically known to Plaintiff and disclose only those contentions which presently occur to Plaintiff. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to the known facts, and perhaps establish entirely new factual conclusions and legal contentions, all of which would lead to substantial additions, changes in and variations from the answers contained herein.

The following responses, therefore, are given without prejudice to Plaintiff's right to produce evidence of any subsequently discovered fact or document which Plaintiff may later discover, recall or locate. Plaintiff accordingly reserves its right to amend any and all of the answers herein as additional facts are ascertained, analysis made, legal research is completed, and contentions are formulated.

## ANSWERS TO INTERROGATORIES

## RESPONSE TO INTERROGATORY NO. 7:

The persons Plaintiff is aware of who claim to have heard Roberts call Alan Elia his partner are the persons who have provided deposition testimony in this action who have testified to that effect, and those deposition transcripts are equally available to all parties so that to the extent the interrogatories calls for the disclosure of testimony contained in a deposition transcript it is objected to on the grounds that it is unduly burdensome and oppressive. In addition to those persons who have provided deposition testimony to this effect, Plaintiff believes the following individuals have heard Roberts call Alan Elia his partner: Kim and Alene Sullivan who's telephone number and city of residence was disclosed by Ross Casabone at his deposition, James Erickson, Lee Erickson, both of whom conduct business at 10787 Road 29 ½ Madera, California 93639. Jim Erickson's cellular telephone number is (559) 871-0661 and the residence telephone for Jim Erickson is (559) 674-2529. Plaintiff is unaware of the telephone number for Lee Erickson. Other members of the Erickson family whose identities are not precisely known to Plaintiff. Ralph Pistoresi whose address 29808 Avenue 12 Madera, California 93638 and whose telephone number is (559) 674-7519. Fred Franzia who operates Bronco Winery and whose address is otherwise not known to the plaintiff at this time. Various

1 | representatives of Gallo Winery or former representatives of Gallo Winery including those named by
2 | John Roberts at the time of his deposition. Plaintiff has no additional identifying information
3 | concerning such persons. There are numerous other persons who Plaintiff is aware have heard Roberts
4 | call Alan Elia his partner, all of whom were customers of Texas Environmental Products prior to the
5 | date of Alan Elia's death and all of whom appear on the printed list of contacts produced by John
6 | Roberts at the time of his deposition.

7 | **RESPONSE TO INTERROGATORY NO. 8:**

8 | See the Response to Interrogatory No. 7, Plaintiff does not know whether the reference to Alan
9 | Elia being "an owner" in Texas Environmental is intended to mean the same thing as Roberts referring
10 | to Elia as his partner, but in substance, in Plaintiff's interpretation of this interrogatory they must
11 | mean the same thing. Therefore, all of the persons named in Interrogatory No. 7.

12 | **RESPONSE TO INTERROGATORY NO. 9:**

13 | See the Response to Interrogatory No. 7 incorporated by reference.

16 | Dated: April 27, 2017

COSTANZO & ASSOCIATES, PC

By:
Neal E. Costanzo
Attorneys for ARIEL ELIA

RESPONSES TO DEFENDANTS' INTERROGATORIES SET TWO

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

3

4

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 575 E. Locust Avenue, Suite 115, Fresno, CA 93720.

5

6

On April 27, 2017, I served true copies of the following document(s) described as **RESPONSES TO INTERROGATORIES TO PLAINTIFF, SET TWO** on the interested parties in this action as follows:

7

8

Marshall Whitney
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP

9

7647 North Fresno Street

10

Fresno, CA 93720

11

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

12

13

14

15

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

16

17

Executed on April 27, 2017, at Fresno, California.

18

19

20

Shirlene Capuchino

21

22

23

24

25

26

27

28

DEFENDANTS' INTERROGATORIES TO PLAINTIFF, SET TWO

## VERIFICATION

I have read the foregoing Responses to Interrogatories (Set Two) and the matters stated therein are true and correct of my own knowledge except as to those matters stated on information and belief and as to those matters I believe it to be true.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Date: August 22, 2017

Arielle Ellis

1  Neal E. Costanzo   SBN 122352
   Michael G. Slater   SBN 247302
2  Costanzo & Associates, PC
   575 E. Locust Ave., Ste. 115
3  Fresno, California 93720
   Telephone:    (559) 261-0163
4  Facsimile:    (559) 261-0706

5  Attorneys for ARIEL ELIA

6

7
                  UNITED STATES DISTRICT COURT
8
          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
9

10
   ARIEL ELIA, individually and as Successor       Case No. 1:16-CV-00557-AWI-EPG
11 Trustee to the Alan Elia Declaration of Trust
   Dated March 18, 2002,
12
                      Plaintiff,
13                                                  **PLAINTIFF'S RESPONSE TO REQUEST
                                                    FOR PRODUCTION OF DOCUMENTS,
            v.                                      SET NO. TWO**
14
15 JOHN ROBERTS, an individual; TEXAS
   ENVIRONMENTAL PRODUCTS, INC., a
16 Texas corporation; and TEXAS
   ENVIRONMENTAL PRODUCTS, a
   partnership, joint venture or other form of
17 business organization unknown, and DOES 1
   through 20, inclusive,
18
                      Defendant.
19

20 **PROPOUNDING PARTY:       DEFENDANTS JOHN ROBERTS AND TEXAS**

21                             **ENVIRONMENTAL PRODUCTS, INC.**

22 **RESPONDING PARTY:        PLAINTIFF ARIEL ELIA**

23 **SET NO.:                 TWO**

24                        **PRELIMINARY STATEMENT**

25      Plaintiff, ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration

26 of Trust Dated March 18, 2002, has not yet completed discovery in this action, preparation for trial

27 or investigation of the facts relating to the case.  Consequently, each of the responses contained

28

   {00015442.DOCX;1}                            1

herein are based on such information and documents as are presently available and specifically

known to Plaintiff and disclose only those contentions which presently occur to Plaintiff.  It is

anticipated that further discovery, independent investigation, legal research and analysis will

supply additional facts, add meaning to the known facts, and perhaps establish entirely new factual

conclusions and legal contentions, all of which would lead to substantial additions, changes in and

variations from the answers contained herein.

The following responses, therefore, are given without prejudice to Plaintiff's right to

produce evidence of any subsequently discovered fact or document which Plaintiff may later

discover, recall or locate.  Plaintiff accordingly reserves its right to amend any and all of the

answers herein as additional facts are ascertained, analysis made, legal research is completed, and

contentions are formulated.

## RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:**

All DOCUMENTS that REFLECT or RELATE TO Allen Elia's estate plan or trust.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

All such documents, to the extent know to Plaintiff, were produced by Robyn Esralian, in

response to a subpoena served by the Propounding Party.

**REQUEST FOR PRODUCTION NO. 8:**

All DOCUMENTS that REFLECT any and all COMMUNICATIONS between YOU and

Belinda Elia.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

This request is objected to on the ground that it is overbroad and seeks documents not relevant

to the subject matter of the action or calculated to lead to the discovery of admissible evidence.  To the

extent Plaintiff, or any attorney acting or her behalf had any communication with Belinda Elia

relevant to the Trust assets of Alan Elia or relating to the business operated by Elia with either Texas

Environmental Products, Inc. and/or John Roberts, all such documents were produced in response to

the aforementioned subpoena served on Robyn Esralian by the Propounding Party.

**REQUEST FOR PRODUCTION NO. 9:**

All DOCUMENTS that REFLECT any and all COMMUNICATIONS between YOU and ROBERTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

This request is overbroad and seeks documents not relevant to the subject matter of this action or calculated to lead to the discovery of admissible evidence. To the extent the request seeks communications between Ariel Elia, her attorneys and John Roberts or Texas Environmental Products, Inc., all such documents consist of correspondence by an attorney to Roberts and are included in documents products by Robyn Esralian in response to the aforementioned subpoena.

**REQUEST FOR PRODUCTION NO. 10:**

All DOCUMENTS that REFLECT any agreements between YOU and Belinda Elia RELATING TO Allen Elia's estate or otherwise RELATING TO the disposition of his assets.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

All such documents, to the extent there are any, are included in those produced by Robyn Esralian in response to the aforementioned subpoena and are in the Propounding Party's possession.

**REQUEST FOR PRODUCTION NO. 11:**

All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and William Civiello RELATING TO Allen Elia's or Belinda Elia's financial affairs.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

There are no such documents.

**REQUEST FOR PRODUCTION NO. 12:**

All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Harold Zinkin RELATING TO Allen Elia's estate.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

This request is object to on the ground that it invades the attorney-client or work product privileges. To the extent these are unprivileged documents, see the Response to Request for Production No. 10 incorporated by reference.

**REQUEST FOR PRODUCTION NO. 13:**

All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Harold Zinkin RELATING TO Allen Elia's estate administration.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

See the Response to Request No. 12 incorporated by reference.

**REQUEST FOR PRODUCTION NO. 14:**

All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Harold Zinkin RELATING TO TEXAS ENVIRONMENTAL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

See the Response to Request No. 12 incorporated by reference.

**REQUEST FOR PRODUCTION NO. 15:**

All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Brian Wagner RELATING TO Allen Elia's estate.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

See the Response to Request No. 10 incorporated by reference.

**REQUEST FOR PRODUCTION NO. 16:**

All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Brian Wagner RELATING TO Belinda Elia's estate.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

See the Response to Request No. 10 incorporated by reference.

**REQUEST FOR PRODUCTION NO. 17:**

All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Charles Mosesian RELATING TO Allen Elia's estate.

**RESPONSE TO REQUEST FOR PRODUCTION NO.17:**

This request is objected to on the ground that it calls for documents protected by the attorney-client and/or work product privileges. Charles Mosesian is a person who has been present during communications with Ariel Elia and her attorney whose presence during such communications, whether written or oral occurs in the interest of the client, Ariel Elia. There are no unprivileged

{00015442.DOCX;1}                    4

1   documents.

2   **REQUEST FOR PRODUCTION NO.18:**

3       All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Charles

4   Mosesian RELATING TO Allen Elia's estate administration.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

6       This request is objected to on the ground that it calls for documents protected by the attorney-

7   client and/or work product privileges.  Charles Mosesian is a person who has been present during

8   communications with Ariel Elia and her attorney whose presence during such communications,

9   whether written or oral occurs in the interest of the client, Ariel Elia.  There are no unprivileged

10  documents.

11  **REQUEST FOR PRODUCTION NO.19:**

12      All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Charles

13  Mosesian RELATING TO TEXAS ENVIRONMENTAL.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

15      This request is objected to on the ground that it calls for documents protected by the attorney-

16  client and/or work product privileges.  Charles Mosesian is a person who has been present during

17  communications with Ariel Elia and her attorney whose presence during such communications,

18  whether written or oral occurs in the interest of the client, Ariel Elia.  There are no unprivileged

19  documents.

20  **REQUEST FOR PRODUCTION NO. 20:**

21      All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Aileen

22  Sullivan RELATING TO Allen Elia.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

24      There are no such documents.

25  **REQUEST FOR PRODUCTION NO.21:**

26      All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Aileen

27  Sullivan RELATING TO ROBERTS.

28

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

2      There are no such documents.

3  **REQUEST FOR PRODUCTION NO. 22:**

4      All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Aileen

5  Sullivan RELATING TO TEXAS ENVIRONMENTAL.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

7      There are no such documents.

8  **REQUEST FOR PRODUCTION NO. 23:**

9      All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Kim

10  Sullivan RELATING TO Allen Elia.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

12      There are no such documents.

13  **REQUEST FOR PRODUCTION NO. 24:**

14      All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Kim

15  Sullivan RELATING TO ROBERTS.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

17      There are no such documents.

18  **REQUEST FOR PRODUCTION NO. 25:**

19      All DOCUMENTS that REFLECT any COMMUNICATIONS between YOU and Kim

20  Sullivan RELATING TO TEXAS ENVIRONMENTAL.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

22      There are no such documents.

23      //

24  Dated:  June 6, 2017                    COSTANZO & ASSOCIATES PC

25

26                                   By: _____

27                                        Neal E. Costanzo
                                          Attorneys for ARIEL ELIA
28

{00015442.DOCX;1}                    6

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 575 E. Locust Avenue, Suite 115, Fresno, CA 93720.

On June 6, 2017, I served true copies of the following document(s) described as **PLAINTIFF'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET TWO** on the interested parties in this action as follows:

> Kristi D. Marshall
> Marshall Whitney
> McCormick, Barstow, Sheppard,
> Wayte & Carruth LLP
> 7647 North Fresno Street
> Fresno, CA 93720

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 6, 2017, at Fresno, California.

Julia Sellers

{00015442.DOCX;1}

DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF, SET ONE

## VERIFICATION

I have read the foregoing Response to Request for Production of Documents [Set two] and the matters stated therein are true and correct of my own knowledge except as to those matters stated on information and belief and as to those matters I believe it to be true.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Date: June 30, 2017

_____
Ariele Elia

1  Neal E. Costanzo   SBN 122352
   Michael G. Slater   SBN 247302
2  Costanzo & Associates, PC
   575 E. Locust Ave., Ste. 115
3  Fresno, California 93720
   Telephone:    (559) 261-0163
4  Facsimile:    (559) 261-0706

5  Attorneys for ARIEL ELIA

6

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 ARIEL ELIA, individually and as Successor      Case No. 1:16-CV-00557-AWI-EPG
   Trustee to the Alan Elia Declaration of Trust
   Dated March 18, 2002,                          **PLAINTIFF'S RESPONSES TO**
12                                                 **INTERROGATORIES SET NO THREE**
                Plaintiff,
13
            v.
14
   JOHN ROBERTS, an individual; TEXAS
15 ENVIRONMENTAL PRODUCTS, INC., a
   Texas corporation; and TEXAS
16 ENVIRONMENTAL PRODUCTS, a
   partnership, joint venture or other form of
17 business organization unknown, and DOES 1
   through 20, inclusive,
18
                Defendant.
19

20 PROPOUNDING PARTY:       **DEFENDANTS JOHN ROBERTS AND TEXAS**

21                          **ENVIRONMENTAL PRODUCTS, INC.**

22 RESPONDING PARTY:        **PLAINTIFF ARIEL ELIA**

23 SET NO.:                 **THREE**

24                    **PRELIMINARY STATEMENT**

25      Plaintiff, ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration

26 of Trust Dated March 18, 2002, has not yet completed discovery in this action, preparation for trial

27 or investigation of the facts relating to the case.  Consequently, each of the responses contained

28

{00015441.DOCX;1}                          1

herein are based on such information and documents as are presently available and specifically known to Plaintiff and disclose only those contentions which presently occur to Plaintiff. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to the known facts, and perhaps establish entirely new factual conclusions and legal contentions, all of which would lead to substantial additions, changes in and variations from the answers contained herein.

The following responses, therefore, are given without prejudice to Plaintiff's right to produce evidence of any subsequently discovered fact or document which Plaintiff may later discover, recall or locate. Plaintiff accordingly reserves its right to amend any and all of the answers herein as additional facts are ascertained, analysis made, legal research is completed, and contentions are formulated.

## ANSWERS TO INTERROGATORIES

**INTERROGATORY NO. 10:**

IDENTIFY all PERSONS not previously identified in YOUR INITIAL DISCLOSURES that YOU are aware of who have any knowledge RELATING TO the claims alleged in paragraph 3 YOUR COMPLAINT.

**RESPONSE TO INTERROGATORY NO. 10:**

Every person who has given a deposition in this action and every person named in the customer phone list dated August 8, 2016, every person named in the customer balance detail dated December 9, 2015. To the extent such persons are corporations or other artificial entities, the person or persons responsible for purchasing of fertilizer products. The persons named in the printout of telephone numbers, presumably from Alan Elia's cell phone included as Exhibit 16 to the deposition transcript of John Roberts. There may be others not immediately identifiable to Plaintiff.

**INTERROGATORY NO. 11:**

IDENTIFY all PERSONS not previously identified in YOUR INITIAL DISCLOSURES that YOU are aware of who have any knowledge RELATING TO the claims alleged in paragraph 6 YOUR COMPLAINT.

1  **RESPONSE TO INTERROGATORY NO. 111:**

2      See the Response to Interrogatory No. 10 incorporated by reference.

3  **INTERROGATORY NO. 12:**

4      IDENTIFY the full name and last known residence and business telephone number and

5  address, including the city, state, and zip code, for Kim Sullivan, who was referenced by Stephanie

6  Meyer at her deposition taken on April 19, 2017, in the above-entitled matter.

7  **RESPONSE TO INTERROGATORY NO. 113:**

8      The answer to this interrogatory can be derived by reading the deposition transcript for Kim

9  Sullivan which is available to the Propounding Party.

10  **INTERROGATORY NO. 13:**

11      IDENTIFY the full name and last known residence and business telephone number and

12  address, including the city, state, and zip code, for Aileen Sullivan, who was referenced by Stephanie

13  Meyer at her deposition taken on April 19, 2017, in the above-entitled matter.

14  **RESPONSE TO INTERROGATORY NO. 13:**

15      The answer to this interrogatory can be derived from the reading the deposition transcript of

16  Aileen Sullivan, which is in the Propounding Party's possession.

17  Dated:  June 6, 2017          COSTANZO & ASSOCIATES, PC

18

19

20  By: _____

          Neal E. Costanzo

21            Attorneys for ARIEL ELIA

22

23

24

25

26

27

28

{00015441.DOCX;1}        3

RESPONSES TO DEFENDANTS' INTERROGATORIES SET ONE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 575 E. Locust Avenue, Suite 115, Fresno, CA 93720.

On June 6, 2017, I served true copies of the following document(s) described as **PLAINTIFF'S RESPONSES TO INTERROGATORIES, SET THREE** on the interested parties in this action as follows:

Kristi D. Marshall
Marshall Whitney
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 6, 2017, at Fresno, California.

_Julia Sellers_
Julia Sellers

{00015441.DOCX;1}

DEFENDANTS' INTERROGATORIES TO PLAINTIFF, SET ONE

## VERIFICATION

I have read the foregoing Responses to Interrogatories [Set Three] and the matters stated therein are true and correct of my own knowledge except as to those matters stated on information and belief and as to those matters I believe it to be true.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Date: June 30, 2017

_____
Ariele Elia

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

3

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

4

5

On October 26, 2017, I served true copies of the following document(s) described as **DEFENDANTS JOHN ROBERTS AND TEXAS ENVIRONMENTAL PRODUCTS, INC.'S NOTICE OF LODGMENT OF DISCOVERY RESPONSES TO BE USED AT TRIAL** on the interested parties in this action as follows:

6

7

8

Neal Costanzo Esq.
Costanzo & Associates, PC
575 E. Locust Avenue, Suite 115
Fresno, CA 93720
ncostanzo@costanzolaw.com

9

10

11

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address service is elizabeth.davis@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

12

13

14

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I will electronically file the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

15

16

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

17

18

Executed on October 26, 2017, at Fresno, California.

19

20

21

Elizabeth Sue Davis

22

23

24

25

26

27

28