

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NOV 14 2017

ARIEL ELIA

Plaintiff,

vs.

JOHN ROBERTS, ET.AL.

Defendants.

1:16-cv-00557- AWI EPG

NOTE FROM THE JURY

TIME: 10:33am

______ THE JURY HAS THE FOLLOWING QUESTION:

✓ THE JURY HAS REACHED A UNANIMOUS VERDICT

DATED: 11/14/2017

[signature]
FOREPERSON

SPRINGHILL SUITES®
MARRIOTT

1. Why did Brety not appear to be deposed. while being employed by Charlie and living in Caballo Corto

2. Allen had Contract When partner with Charlie? Contract when partner with Miguel Duarte

Ralph Seeger, by Charles
Thur - 9:30

springhillsuites.com
SpringHillSuite
SpringHillSuites
SpringHillSuites