

FILED
NOV 14 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL ELIA, individually and as Successor Trustee to the Alan Elia Declaration of Trust Dated March 18, 2002,<br><br>Plaintiff<br><br>v.<br><br>JOHN ROBERTS, and individual; TEXAS ENVIRONMENTAL PRODUCTS, INC., a Texas corporation; and TEXAS ENVIRONMENTAL PRODUCTS, a partnership, joint venture or other form of business organization unknown, and DOES 1 through 20, inclusive,<br><br>Defendants | CASE NO. 1:16-CV-0557 AWI EPG<br><br>JURY VERDICT FORM |

1. Did Alan Elia and John Roberts and/or Texas Environmental Products Inc. form a partnership with each other?

      Yes _____   No __✓__

*If you answered "Yes" to question 1, proceed to question 2. If you answered "No" to question 1, skip to question 6.*

2. Which party or parties entered into a partnership with Alan Elia?

    John Roberts

    Yes _____ No _____

    Texas Environmental Products, Inc.

    Yes _____ No _____

    John Roberts and Texas Environmental Products, Inc.

    Yes _____ No _____

*If you checked "Yes" to any name in response to question 2, proceed to question 3. If you did not check "Yes" as to any name in response to question 2, skip to question 6.*

3. Did the party or parties you have listed as a partner in response to question 2 breach any fiduciary duty to Alan Elia or the Trustee of the Alan Elia Trust?

    Yes _____ No _____

*If you answered "Yes" to question 3, proceed to question 4. If you answered "No" to question 3, skip to question 6.*

4. Was the breach of fiduciary duty a substantial factor in causing harm to Alan Elia or the Trustee of the Alan Elia Trust?

    Yes _____ No _____

*If you answered "Yes" to question 4, proceed to question 5. If you answered "No" to question 4, skip to question 6.*

5. What are Alan Elia's or the Trustee of the Alan Elia Trust's damages from the breach of fiduciary duty?

$ _____

*If you entered nothing or zero as the damages, go to question 6.  Otherwise, skip to the end and have the foreperson sign and date this form.*

6. Did Alan Elia and John Roberts and/or Texas Environmental Products Inc. enter into a contract to pay Alan Elia commissions for sales made on behalf of John Roberts and/or Texas Environmental Products Inc.?

Yes ✓   No _____

*If you answered "Yes" to question 6, proceed to question 7.  If you answered "No" to question 6, skip to the end and have the foreperson sign and date this form.*

3

7. Which party or parties entered into a contract with Alan Elia for commissions?

    John Roberts

    Yes _____   No ✓_____

    Texas Environmental Products, Inc.

    Yes ✓_____   No _____

    John Roberts and Texas Environmental Products, Inc.

    Yes _____   No ✓_____

*If you checked "Yes" to any name in response to question 7, proceed to question 8. If you did not check "Yes" as to any name in response to question 7, skip to the end and have the foreperson sign and date this form.*

8. Did John Roberts and/or Texas Environmental Products Inc. breach that contract with Alan Elia by failing to pay him a commission for sales made in January and February 2015?

    Yes ✓_____   No _____

*If you answered "Yes" to question 8, proceed to question 9. If you answered "No" to question 8, skip to the end and have the foreperson sign and date this form.*

4

9. What are Alan Elia's or the Trustee of the Alan Elia Trust's damages from the breach of contract?

$ __452,937.64__

Please sign and date this form and deliver the completed form to Court personnel.

_____   __11/14/2017__
Signature of foreperson         Date