UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



NOV 09 2017



| | |
|---|---|
| ARIEL ELIA ) | 1:16-cv-00557- AWI EPG |
| ) | |
| Plaintiff, ) | |
| ) | NOTE FROM THE JURY |
| vs. ) | |
| ) | |
| JOHN ROBERTS, ET.AL. ) | |
| ) | |
| Defendants. ) | |

TIME: __4:26 PM__

_____   THE JURY HAS THE FOLLOWING QUESTION:

THE JURY HAS DECIDED TO RESUME ON TUESDAY MORNING.

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

DATED: __11/9/17__                         _____
                                                        FOREPERSON

**COURT'S EXHIBITS**
CASE NO. 1:16cv557
EXHIBIT NO. 1