1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Marshall C. Whitney, #82952
     *marshall.whitney@mccormickbarstow.com*
3  Kristi D. Marshall, #274625
     *kristi.marshall@mccormickbarstow.com*
4  7647 North Fresno Street
   Fresno, California 93720
5  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
6
   Attorneys for JOHN ROBERTS and TEXAS
7  ENVIRONMENTAL PRODUCTS, INC.

8

9

10                    UNITED STATES DISTRICT COURT

11       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

12

13  ARIEL ELIA, individually and as Successor      Case No. 1:16-CV-00557-AWI-EPG
    Trustee to the Alan Elia Declaration of Trust
    Dated March 18, 2002,                          **STIPULATION AND ORDER TO STAY
14                                                  ENFORCEMENT AND EXECUTION OF
                                                    JUDGMENT UNTIL RESOLUTION OF
             Plaintiff,                             POST-TRIAL MOTIONS**
15
          v.
16
    JOHN ROBERTS, an individual; TEXAS
17  ENVIRONMENTAL PRODUCTS, INC., a
    Texas corporation; and TEXAS                   Trial Date:       October 31, 2017
18  ENVIRONMENTAL PRODUCTS, a
    partnership, joint venture or other form of
19  business organization unknown, and DOES 1
    through 20, inclusive,
20
             Defendant.
21

22       This Stipulation is made and entered into between Plaintiff ARIEL ELIA, individually and as

23  Successor Trustee to the Alan Elia Declaration of Trust Dated March 18, 2002 ("Plaintiff") and

24  Defendants JOHN ROBERTS and TEXAS ENVIRONMENTAL PRODUCTS, INC. ("Defendants"),

25  by and through their respective counsel, with reference to the following:

26                              **R E C I T A L S**

27       **WHEREAS**, on November 14, 2017, the jury delivered their Verdict following the trial of this

28  action;

STIPULATION AND [PROPOSED] ORDER TO STAY ENFORCEMENT AND EXECUTION OF JUDGMENT
UNTIL RESOLUTION OF POST-TRIAL MOTIONS

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1    **WHEREAS**, on November 14, 2017, Judgment was entered in the above-entitled action;

2    **WHEREAS**, Plaintiff and Defendants agree to stay enforcement of the Judgment until

3  fourteen (14) days after the Court enters an order ruling on the post-trial motions set for hearing on

4  January 8, 2018;

5    **WHEREAS**, in consideration for Plaintiff's agreement to stay enforcement of the Judgment as

6  set forth above, Defendants agree not to transfer, encumber, or dispose of any assets of TEXAS

7  ENVIRONMENTAL PRODUCTS, INC. ("TEP")outside the ordinary course of business and

8  specifically agree that  there will be no distributions or payments to John Roberts from the funds

9  anticipated to be received on or about December 9, 2017 from the sale of assets to the Ericksons;

10  provided, however, TEP may pay its attorneys' fees incurred in this action..

11                                          **STIPULATION**

12    **IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through

13  their respective counsel, that:

14    1.    Plaintiff will stay enforcement of the Judgment until fourteen (14) days after the Court

15  enters an order ruling on the post-trial motions set for hearing on January 8, 2018; and

16    2.    In consideration of Plaintiff's agreement to stay enforcement of the Judgment as set

17  forth above, Defendants agree not to transfer, encumber, or dispose of any assets of TEXAS

18  ENVIRONMENTAL PRODUCTS, INC. outside the ordinary course of business and agree not to

19  make any distributions to John Roberts from funds anticipated to be received on or about December 9,

20  2019 from the sale of assets to the Ericksons; provided, however, TEP ;may pay its attorneys' fees

21  inclurred in this action.

22  Dated:  December 12 2017                       COSTANZO & ASSOCIATES

23

24                                     By:_____/s/Neal E. Costanzo_____
                                              Neal E. Costanzo
25                                        Attorney for Plaintiff ARIEL ELIA

26

27

28

STIPULATION AND [PROPOSED] ORDER TO STAY ENFORCEMENT AND EXECUTION OF JUDGMENT
UNTIL RESOLUTION OF POST-TRIAL MOTIONS

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

Dated: December 12, 2017                    McCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP


                                    By:     */s/Marshall C. Whitney*
                                            Marshall C. Whitney
                                            Kristi D. Marshall
                                    Attorneys for JOHN ROBERTS and TEXAS
                                      ENVIRONMENTAL PRODUCTS, INC.




                                    **ORDER**


IT IS SO ORDERED.

Dated:   December 15, 2017          _____
                                    SENIOR DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

STIPULATION AND [PROPOSED] ORDER TO STAY ENFORCEMENT AND EXECUTION OF JUDGMENT
UNTIL RESOLUTION OF POST-TRIAL MOTIONS